# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Case No. 13-47225 |
|---|---|
| Efrain E Munoz | |
| Laura Munoz | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/10/2013.

2) The plan was confirmed on 02/25/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/19/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/09/2017.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $27,400.00.

10) Amount of unsecured claims discharged without payment: $75,239.48.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,549.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $12,549.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $545.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,045.32

Attorney fees paid and disclosed by debtor:    $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALTAIR OH XIII LLC | Unsecured | 2,251.00 | 756.33 | 756.33 | 89.22 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| Best Buy Credit Services | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 1,965.00 | 1,965.49 | 1,965.49 | 231.87 | 0.00 |
| Brown, L MD | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 2,197.00 | 2,197.36 | 2,197.36 | 259.22 | 0.00 |
| CAPITAL ONE NA | Unsecured | NA | 643.99 | 643.99 | 75.97 | 0.00 |
| Carepointe | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Central DuPage Hospital | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 1,096.00 | 2,248.67 | 2,248.67 | 265.27 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | NA | 316.33 | 316.33 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 316.00 | NA | 316.33 | 37.32 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 360.00 | 399.58 | 399.58 | 47.14 | 0.00 |
| COMMUNITY HEALTHCARE SYSTEM | Unsecured | 600.00 | 429.62 | 429.62 | 50.68 | 0.00 |
| Community Hospital Anesth | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES IN( | Unsecured | 180.00 | 180.40 | 180.40 | 21.28 | 0.00 |
| FIRST SAVINGS BANK/ HEGWISCH | Secured | NA | 1,719.74 | 1,719.74 | 0.00 | 0.00 |
| FIRST SAVINGS BANK/ HEGWISCH | Secured | 85,000.00 | 104,416.61 | 106,136.35 | 0.00 | 0.00 |
| FIRST SAVINGS BANK/ HEGWISCH | Unsecured | 22,624.00 | NA | 1,719.74 | 202.88 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 1,176.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Medical Specialist | Unsecured | 935.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 150.00 | 155.85 | 155.85 | 18.39 | 0.00 |
| GECRB Care Credit | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| HELP FINANCIAL | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SVCS INC | Unsecured | 8,885.00 | NA | 8,857.54 | 1,044.91 | 0.00 |
| HSBC MORTGAGE SVCS INC | Secured | 8,885.00 | 8,857.54 | 8,857.54 | 0.00 | 0.00 |
| HSBC MORTGAGE SVCS INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| IAA Credit Union | Secured | 2,594.00 | 2,111.99 | 2,111.99 | 2,111.99 | 92.68 |
| IAA Credit Union | Unsecured | 2,339.00 | 2,374.15 | 2,374.15 | 280.07 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MEA Munster LLC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Medical Specialists | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| METRO CENTER FOR HEALTH | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 3,646.00 | 3,646.37 | 3,646.37 | 430.16 | 0.00 |
| MUNSTER RADIOLOGY GROUP | Unsecured | 20.00 | 20.96 | 20.96 | 2.47 | 0.00 |
| Munster Same Day Surgery | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Northshore Univ Healthsystem | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| NWI Pathology Consult PC | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS INC | Unsecured | 40.00 | 173.49 | 173.49 | 20.47 | 0.00 |
| Patwari Med Corp | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| Pediatric Faculty Foundation | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 715.00 | 420.61 | 420.61 | 49.62 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,251.00 | 2,251.16 | 2,251.16 | 265.57 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,404.00 | 1,442.63 | 1,442.63 | 170.18 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,965.00 | 2,789.69 | 2,789.69 | 329.10 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,672.00 | 2,748.63 | 2,748.63 | 324.26 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 767.00 | 767.47 | 767.47 | 90.54 | 0.00 |
| Quest Diagnostics | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Safe Electrical Service | Unsecured | 3,478.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | 2,522.00 | NA | NA | 0.00 | 0.00 |
| Sivam, G MD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Anesthesia Svc | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY HEALTH CTR | Unsecured | 1,361.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY HEALTHCAR | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| SYNERGY PARTNERS | Unsecured | 5,051.00 | 4,749.97 | 4,749.97 | 560.35 | 0.00 |
| WELLS FARGO FINANCIAL NAT BAN | Unsecured | NA | 12,139.46 | 12,139.46 | 1,432.07 | 0.00 |
| WELLS FARGO FINANCIAL NAT BAN | Unsecured | 12,684.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $114,993.89 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,111.99 | $2,111.99 | $92.68 |
| All Other Secured | $2,036.07 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$119,141.95** | **$2,111.99** | **$92.68** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,395.49** | **$6,299.01** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,045.32 |
| Disbursements to Creditors | $8,503.68 |
| **TOTAL DISBURSEMENTS** : | **$12,549.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/13/2017         By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**